JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS CORNELIO R.,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. CV 20-6268-SB-JEM<br><br>J U D G M E N T |

　　　In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

　　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is DISMISSED with prejudice.

DATED: September 22, 2021

　　　　　　　　　　　　　　　　　　　　STANLEY BLUMENFELD, JR.
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE